IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KEASHA S. MCCAMPBELL                                                                PLAINTIFF

V.                                                               CAUSE NO. 3:16-CV-330-CWR-MTP

COMMISSIONER OF SOCIAL                                                              DEFENDANT
SECURITY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Michael T. Parker, which was entered on August 7, 2017. Docket No. 17. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is remanded to the Social Security Administration for further proceedings. A separate Final Judgment will issue this day.

**SO ORDERED AND ADJUDGED**, this the 1st day of September, 2017.

                                                                               s/ Carlton W. Reeves
                                                                               UNITED STATES DISTRICT JUDGE